# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | | | |
|---|---|---|---|
| Filer's Name: | Craig G. Margulies | Atty Name (if applicable): | Craig G. Margulies |
| Street Address: | 16030 Ventura Blvd., Suite 470 Encino, CA 91436 | CA Bar No. (if applicable): | 185925 |
| Filer's Telephone No.: | (818) 705-2777 | Atty Fax No. (if applicable): | (818) 705-3777 |

| In re: | Case No. 1:09-bk-27220 |
|---|---|
| Herb B. Silvers<br>Genise E. Silvers | Chapter 13 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes    ☒ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A   ☒ B   ☐ C   ☐ D   ☐ E   ☐ F   ☐ G   ☐ H   ☐ I   ☐ J
☐ Statement of Social Security Number(s)    ☐ Statement of Financial Affairs
☐ Statement of Intention    ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Herb B. Silvers and Genise E. Silvers**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: February 19, 2010

*(signed)*
Herb B. Silvers
*Debtor Signature*

*(signed)*
Genise E. Silvers
*Co-Debtor Signature*

**FOR COURT USE ONLY**

**SEE PROOF OF SERVICE**

B-1008 *Revised November 2003*

B6B (Official Form 6B) (12/07)

In re   **Herb B. Silvers,**
     **Genise E. Silvers**
                                  Debtors

Case No. __1:09-bk-27220__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **(W) Checking Account** **Union Bank of California** **Los Angeles 90051** **Account No. 1290091833** | W | 200.00 |
| | | **(H) Checking Account** **US Bank** **Account No. 000-0511-531-808** | C | 450.00 |
| | | **Checking Account** **WaMu (Chase)** **Account No. 392-472885-7** | C | 150.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods, furnishings and electronics, etc.** | C | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous collectible items (cartoon cels)** | C | 1,500.00 |
| 6. Wearing apparel. | | **Miscellaneous clothing.** | C | 1,250.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Miscellaneous sports and game equipment (4 pinball machines)** | C | 4,500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **(H) term life insurance policies.** **No cash value.** | C | 0.00 |

                                                                                                         Sub-Total >    **13,050.00**
                                                                                     (Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Herb B. Silvers,**  
      **Genise E. Silvers**

Case No. __1:09-bk-27220__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Term Life Insurance<br>No cash value<br><br>Debtors have term life insurance through Wife's employer. | C | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | (W) ERISA/ 401(k) plan<br>Marsh & McLennan Companies<br><br>Balance of the account is approximately $50,167. Debtor (W) has a loan against the plan of approximately $19,325. Not a property of the Estate and listed for notice purpose only. | W | 30,842.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Fabulous Fantasies, Inc.<br><br>Debtors are 100% shareholder of Fabulous Fantasies, Inc. The company is a California S corporation formed in 1992 to distribute pinball machines and arcade collectibles. The assets include inventory of various games needing repairs (approx. value of $2,000), A/R (approx. value of $1,500), and equipment, tools, machinary, and a 1999 pickup truck and a 2005 Chevy Equinox (approx. value of $7,500). The liabilities include unsecured debt in the amount of approximately $128,000 (see Sch. F for more information) that the debtors have personally guaranteed. The company has negative equity and no value outside the services of the Debtors. | C | 0.00 |
| | | (w) MMC Stock Purchase Plan<br>Marsh McClennan Companies<br>54 shares at $15 per share | C | 810.00 |

Sub-Total >   31,652.00  
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached  
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Herb B. Silvers,**  
      **Genise E. Silvers**  
                                     Debtors

Case No. __1:09-bk-27220__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Retro Pinball, LLC** | C | 0.00 |
| | | Debtor (H) is a 25% member of this LLC. The company was formed in 2007 in Nevada to manufacture retro style pinball machines. The business was created to form new technology for pinball machines, but currently has no assets or liabilities and is not operating. | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2009 estimated tax refund | C | 5,500.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >    **5,500.00**  
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached  
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Herb B. Silvers,**
     **Genise E. Silvers**

Case No. __1:09-bk-27220__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Ford F150 Pickup<br>190,000 miles<br>Fair Condition<br><br>Title to vehicle is Fabulous Fantasies, Inc. and not an asset of this estate, but listed herein for notice purposes only. Estimated FMV is $1,250. | C | 0.00 |
| | | 2005 Chevy Equinox<br>35,000 miles<br>Good Condition<br><br>Title to vehicle is both Fabulous Fantasies, Inc. and (H) Debtor. Fabulous Fantasies, tenders the payments to the secured lender on this vehicle. | C | 9,750.00 |
| | | 1968 Chevrolet El Camino<br>190,000 miles<br>Fair Condition | J | 4,600.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Miscellaneous personal machinery and workshop | C | 500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | 3 dogs | C | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    14,850.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

| In re | Herb B. Silvers,<br>Genise E. Silvers | | Case No. | 1:09-bk-27220 |
|---|---|---|---|---|
| | Debtors | | | |

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Inter Vivos Living Trust<br>The Herbert B Silvers & Genise E.<br><br>Silvers Inter Vivos Trust Agreement Dated February 09, 1999 (the "Living Trust"). No value other than the assests listed within these bankruptcy schedules. | C | 0.00 |

Sub-Total >   0.00
(Total of this page)
Total >   65,052.00

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

| In re: HERB B. AND GENISE SILVERS | Debtor(s). | CHAPTER : 13 |
|---|---|---|
| | | CASE NUMBER: 1:09-bk-27220-GM |

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**16030 Ventura Boulevard, Suite 470 Encino, CA  91436**

A true and correct copy of the foregoing document described as **Amended Schedule B** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 19, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Craig G Margulies    cmargulies@margulies-law.com
- Elizabeth (SV) F Rojas    cacb_ecf_sv@ch13wla.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.go

☐    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **February 19, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Chapter 13 Trustee**
Elizabeth Rojas
Noble Professional Center
15060 Ventura Blvd. Ste. 240
Sherman Oaks, CA 91403

**United States Bankruptcy Court**
21051 Warner Center Lane, Ste. 115
Woodland Hills, CA 91367
Attn: Honorable Geraldine Mund

☒    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 19, 2010 | Elizabeth Salazar | /s/ Elizabeth Salazar |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**