Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755



UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:  )  CHAPTER 13
  )  CASE NO. SV09-27220-GM
Herb B. Silvers  )
Genise E. Silvers  )
  )  CONF:   Tuesday, February 23, 2010
  )  TIME:    1:30 pm
  )  PLACE:  Courtroom 303
  )                21041 Burbank Blvd.
  )                Woodland Hills, CA 91367
  )
DEBTORS  )  ORDER CONFIRMING PLAN



The Debtor's Chapter 13 Plan or Modified Plan, if any, was filed on December 21, 2009.

A Plan, or the final modification of the Plan, was transmitted to the Creditors under Bankruptcy Rule 3015. The first meeting of creditors was held on January 27, 2010. The court finds that the Plan meets the requirements of 11 U.S.C. 1325.

IT IS ORDERED:
The Debtor's Plan was confirmed on February 23, 2010, with the following provisions:

1. Payments: Amount of each payment is $110.00. The due date is day 20 of each month for 60 months. No payroll deduction order is ordered until debtor is in default more than 20 days, unless provided otherwise by the Plan. The Plan provides for the payment of 1.000% of allowed claims of general unsecured creditors.

No further declaration or order is required.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors for post-petition defaults by the debtor.

3. OTHER PROVISIONS:

   (a) This is a base plan with the debtor paying $110.00 per month as disposable income. The court retains jurisdiction to hear the Trustee's motion to compel the debtor to pay all disposable income. Debtor shall submit statements of income on an annual basis to the Trustee, which amount of income shall be reviewed by the Trustee who may petition the court to increase the monthly payment for cause until such time as all allowed unsecured creditors are paid 100%.

   (b) The Trustee is authorized to make payments to holders of claims secured by real property based on Debtor's plan.

   (c) All tax returns to be submitted to the Trustee; all tax refunds to be submitted into the plan if less than 100%; Debtors to obtain court permission before incurring debt greater than $500.

   (d) Miscellaneous: Attorney fees of $4,500 allowed per Rights And Responsibilities Agreement with $4,500 paid up front and $0.0 thru plan @ 100%.

Dated: MAR 22 2010

_____
Geraldine Mund
U.S. Bankruptcy Judge

Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
TELEPHONE:   (818) 933-5700

Herb B. Silvers  
Genise E. Silvers  
7278 Pondera Circle  
West Hills, CA 91307

CASE NO.   09-27220-GM

DATE:   March 12, 2010

## PLAN CONFIRMATION MEMORANDUM

This is to notify you that your Chapter 13 Plan was confirmed on February 23, 2010. Your petition was filed on December 21, 2009. Your plan payments are as follows:

| START DATE | # OF PERIODS | AMOUNT | FREQUENCY |
|---|---|---|---|
| 01/20/2010 | End of Plan | $110.00 | MONTHLY |

1. **PLAN PAYMENTS:**

    * Your plan payment is due no later than the day of the month on which you <u>filed</u> your petition. For example, if you filed your petition on the 10th day of the month, your plan payments are due no later than the 10th of each month.

    * All plan payments must be made out to "Chapter 13 Trustee".

    * Plan payments must be mailed to:

        CHAPTER 13 TRUSTEE
        PO BOX 512566
        LOS ANGELES, CA 900510566

    * Plan payments must be made by certified check or money order. Cash or personal checks will not be accepted. Include your case number and last name on each check.

    * If your payments are not received by the due date, your case will be considered delinquent. When a case becomes delinquent, a payroll deduction order or a motion to dismiss your case may be issued. Partial payments are treated as delinquent.

2. **MORTGAGE PAYMENTS:**

    * Now that your case is confirmed, you should make all mortgage payments directly to the lender.

3. **TAX RETURNS; CORRESPONDENCE:**

    * You are required to forward copies of your income tax returns to the Chapter 13 Trustee within five (5) days of filing the return. You must do so for each year you are in bankruptcy. Tax returns and any correspondence should be fowarded to:

        CHAPTER 13 TRUSTEE
        15060 Ventura Blvd.
        Suite 240
        Sherman Oaks, CA 91403

    * Include your case number on all correspondence.

4. **COPIES OF DOCUMENTS:**

    * If you wish to obtain copies of any plans, schedules, orders or claims, contact the Clerk of the Bankruptcy Court at (818) 587-2900.

| | |
|---|---|
| 1 | Elizabeth Rojas, Chapter 13 Trustee |
| | 15060 Ventura Blvd., Suite 240 |
| 2 | Sherman Oaks, CA 91403 |
| | (818) 933-5700  Fax: (818) 933-5755 |
| 3 | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| IN RE: | ) | CHAPTER 13 |
|---|---|---|
| | ) | CASE NO. SV09-27220-GM |
| Herb B. Silvers | ) | |
| Genise E. Silvers | ) | |
| | ) | **PROOF OF SERVICE BY MAIL** |
| | ) | |
| DEBTORS | ) | |
| | ) | |

PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 3/12/2010 I served the following document(s): ORDER CONFIRMING PLAN on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

Herb B. Silvers
Genise E. Silvers
7278 Pondera Circle
West Hills, CA 91307

LANDSBERG MARGULIES, LLP
16030 VENTURA BOULEVARD, #470
ENCINO, CA 91436

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
21051 Warner Center Lane, #115
Woodland Hills, CA 91367-1367

Executed at Sherman Oaks, California on March 12, 2010.

_____
Sophia Lawrence

Case No. SV09-27220-GM